To: Clerk for the [illegible]
From: Stephen State
RE: Motion for Discovery   20-10626-PBS
Date: July 22, 2020

The Plaintiff is requesting the following document pursuant to the Foreign Agent Registration Act of 1938 and 22 U.S.C section 611 to following:

1) Judge Saris Foreign Agent Registration Statement

2) Judge Saris oath of office

3) Judge Saris Anti-bribery statement

The Plaintiff requested the documents through the Department of Justice in which none of these documents exist.

If Judge Saris is unable to produce the documents then he/she actions are invalid and he/she agrees she/he is in violation of the Foreign Corruption Practice Act.

S. State

U.S. DISTRICT COURT
DISTRICT OF MASS.
2020 JUL 24 AM 11:00
FILED
IN CLERKS OFFICE
Page 1 of 1